1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  ERIC LYNN KRATZER,                        1:06-CV-0269 AWI WMW HC

10          Petitioner,

11      vs.                                  ORDER TO SUBMIT
                                             APPLICATION TO PROCEED
12  DEPARTMENT OF CORRECTIONS,               IN FORMA PAUPERIS
                                             **OR** FILING FEE
13          Respondent.
    _____/

14

15          Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

16  corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

17  application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

18  Accordingly, IT IS HEREBY ORDERED that:

19          1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

20  pauperis.

21          2.  Within thirty days of the date of service of this order, petitioner shall submit a

22  completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

23  action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24  IT IS SO ORDERED.

25  **Dated:    March 27, 2006**              **/s/  William M. Wunderlich**
    bl0dc4                                    UNITED STATES MAGISTRATE JUDGE
26

27

28